## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 02, 2024

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156

                      Re:  Case No. 24-1086, *Owen Barnaby v. MI, et al*
                           Originating Case No. : 1:22-cv-01146

Dear Sir,

   This appeal has been docketed as case number **24-1086** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following forms are due by **February 16, 2024**.

                                     Appearance of Counsel
                  Appellee:   Disclosure of Corporate Affiliation
                                     Application for Admission to 6th Circuit Bar (if applicable)

   You have until **March 4, 2024** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit. Either one must be paid/filed with the <u>U.S. District Court</u>. **Failure to do one or the other may result in the dismissal of the appeal without further notice**. If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc:  Mr. Thaddeus Jeremiah Hackworth
    Ms. Emily Jenks
    Mr. Theodore Seth Koches
    Ms. Kimberly K. Pendrick
    Mr. Thomas J. Rheaume Jr.

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 24-1086

OWEN W. BARNABY

    Plaintiff - Appellant

v.

STATE OF MICHIGAN; GRETCHEN WHITMER, Governor; JENNIFER M. GRANHOLM, Former Governor; RICK SNYDER, Former Governor; KENDELL ASBENSON, (P81747); DANA NESSEL, Attorney General; CITY OF BENTON HARBOR, MI; NILES CHARTER TOWNSHIP, MI; BOARD OF TRUSTEES OF NILES CHARTER TOWNSHIP, MI; BERRIEN COUNTY, MI; BERRIEN COUNTY, MI BOARD OF COMMISSIONERS; BRET WITSKOWSKI, Berrien County Treasurer, in his individual and official capacities; SHELLY WEICH, Berrien County Treasurer; LORI D. JARVIS, Berrien County Registrar; KATHLEEN CULBERSON, Berrien County Notary Public; DONNA B. HOWARD, Attorney; LORA L. FREEHLING, Berrien County Registrar; MCKINLEY R. ELLIOTT, Attorney; JEFFREY ROBERT HOLMSTROM, Attorney; HOLMSTROM LAW, PLC; JAMES T. MCGOVERN, Attorney; UNKNOWN PART(Y)(IES), Named as Title & Insurance Company(s); BRIDGET M. MCCORMACK, Circuit Judge; SUPREME COURT OF MICHIGAN, for the State of Michigan; ELIZABETH L. GLEICHER, Circuit Judge; CHRISTOPHER M. MURRAY, Circuit Judge; MICHIGAN COURT OF APPEALS; ALFRED M. BUTZBAUGH, Former Circuit Judge; MABEL J. MAYFIELD, Circuit Judge; GARY J. BRUCE, Circuit Judge; BERRIEN COUNTY TRIAL COURT, for the State of Michigan

    Defendants - Appellees