# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| OWEN W. BARNABY, | ) |
| Plaintiff | ) |
| | |
| Vs. | ) Hon. Robert J. Jonker |
| | ) Hon. Mag. Sally J. Berens |
| MICHIGAN STATE GOVERNMENT, ET, AL | |
| Defendants | ) Case No. 1:22 -CV- 1146 |

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156
(678) 382- 4183
Bossproperties96@gmail.com

**RECEIVED**
02/01/2024
KELLY L. STEPHENS, Clerk

Attorney T. Hackworth
Berrien County Government
701 Main Street, St. Joseph, Michigan 49085
T. (269) 983-7111, ex 8416 | thackworth@berriencounty.org

Attorney, T. Seth Koches,
Niles-Charter-Township/Board of Trustee
470 W. Centre Ave., Ste. A, Portage, MI. 49024
T. 269-382-4500 Koches@michigantownshiplaw.com

Jeffery R. Holmstrom (P29405)
Holmstrom Law Office PLC
830 Pleasant Street Suite 100
St. Joseph, MI 49085
T. (269)-983-0755 | jeff@holmstromlawoffice.com

Attorney Emily P Jenks
6th Floor at Ford Field
1901 St. Antoine St. Detroit, MI 48226
T: 313-393-7582     |     EJenks@bodmanlaw.com

Berrien County Courthouse,
811 Port St, St Joseph, MI 49085

Pendrick Kimberly Attorney General of Michigan
525 W. Ottawa, 5th Floor
P.O. Box 30736, Lansing, MI 48909
T. 517-335- 7659   | PendrickK@michigan.gov

1

# EXPEDITED CONSIDERATION REQUESTED

# FOR NOTICE OF,

## INTERLOCUTORY APPEAL TO SIXTH CIRCUIT APPELLATE COURT

Notice is hereby given that , I (Owen W. Barnaby, In Pro Se), Plaintiff, hereby files and Emergency Interlocutory Appeal to The Sixth Circuit Appellate Court, from the United States District Court Judge, the Hon. Robert J. Jonker, Order (ECF No. 127), affirming the Magistrate Judge's (ECF Nos. 91, 96), in violations of the Federal Sixth Circuit Appellate Court's Order and Judgment (ECF Nos.72, 73), that are binding on the District Court, entered in this action on the February 1, 2024.  As the Order (ECF No. 127) is erroneous and contrary to law and the Federal Sixth Circuit Appellate Court's Order and Judgment (ECF Nos.72, 73), judicial bias, and abuse of discretion.

Respectfully Submitted,

Dated:  February 1, 2024,  \S/ Owen W. Barnaby
Owen W. Barnaby, In Pro Se.

## **CERTIFICATE OF SERVICE**

The undersigned states that on the 1st day of February 2024, a duplicate original of Plaintiff's, Emergency Interlocutory Appeal to The Sixth Circuit Appellate Court, was filed with the Clerk of the Court, using the ECF System, which will provide electric notice to the parties of record, and I have email or mailed by U.S. Postal Service the same to non-ECP participants Defendants.

                                       Respectfully Submitted,

Dated: February 01, 2024,                  \S/ Owen W. Barnaby
                                                      Owen W. Barnaby, In Pro Se.