# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 06, 2024

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156

        Re: Case No. 24-1086, *Owen Barnaby v. MI, et al*
           Originating Case No. : 1:22-cv-01146

Dear Parties,

  Please find enclosed the amended caption for this appeal.

                                        Sincerely yours,

                                        s/Roy G. Ford
                                        Case Manager
                                        Direct Dial No. 513-564-7016

cc:  Ms. Ann E. Filkins
      Mr. Thaddeus Jeremiah Hackworth
      Ms. Emily Jenks
      Mr. Theodore Seth Koches
      Ms. Kimberly K. Pendrick
      Mr. Thomas J. Rheaume Jr.