UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-1086**

Case Title: **Owen Barnaby** vs. **v MI, et al**

List all clients you represent in this appeal:

**Niles Charter Township**

**Niles Charter Township Board of Trustees**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **T. Seth Koches**    Signature: s/ **T. Seth Koches**

Firm Name: **Bauckham, Thall, Seeber, Kaufman & Koches, P.C.**

Business Address: **470 W. Centre Ave., Suite A**

City/State/Zip: **Portage, MI 49024**

Telephone Number (Area Code): **(269) 382-4500**

Email Address: **koches@michigantownshiplaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.