UNITED STATES COURT Of APPEALS
FOR THE SIXTH CIRCUIT
CINCINNATI, OHIO

---

### CASE NO. 24-1086

Related Case: No. 23-1134

---

**RECEIVED**
02/14/2024
KELLY L. STEPHENS, Clerk

Owen W. Barnaby,

Plaintiff- Appellant

Vs.

Michigan State Government et al

Defendants- Appellees

---

On Appeal from the United States District Court, From the Western District of Michigan, the Honorable Robert J. Jonker; No. 1:22 -CV- 1146

---

### MOTION TO AMENDED PLAINTIFF-APPELLANT'S EMERGENCY INTERLOCUTORY BRIEF

---

PLAINTIFF-APPELLANT
Owen Barnaby, In Pro Se
PO Box 1926
Kennesaw, GA 30156

## MOTION TO AMENDED APPELLANT'S EMERGENCY INTERLOCUTORY BRIEF

Plaintiff, In Pro Se, Owen W. Barnaby, with his request to, 'Amend Emergency Interlocutory Brief. On February 12, 2024, Appellant filed his Emergency Interlocutory Brief with the Clerk of this Sixth Circuit Appellate Court and service it upon the Defendants.

After it was submitted Appellant discovered some mistakes, as such moves to Amend his Emergency Interlocutory Brief. This new submission reflects Plaintiff's complete argument.

For the reasons articulated therein this Motion, Appellant requests his Motion to be Granted.

Respectfully Submitted,

Owen W. Barnaby, In Pro Se

Dated February 13, 2024

## **CERTIFICATE OF SERVICE**

The undersigned states that on the 13th day of February 2024, a duplicate original of Plaintiff's, ''Amended Emergency Interlocutory Brief'', was filed with the Clerk of the Court, using, In Pro Se email/ ECF System, which will provide electric notice to the parties of record, and I have email and or mailed by U.S. Postal Service the same to non-ECP participants Defendants, listed above.

Respectfully Submitted,

Owen W. Barnaby, In Pro Se

Dated February 13, 2024