UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-1086**

Case Title: **Owen W. Barnaby** vs. **Michigan State Government, et al.**

List all clients you represent in this appeal:

**Berrien County, MI**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Thaddeus J. Hackworth**   Signature: s/ **Thaddeus J. Hackworth**

Firm Name: **Office of the Berrien County Corporate Counsel**

Business Address: **701 Main Street**

City/State/Zip: **St. Joseph, MI 49085**

Telephone Number (Area Code): **(269) 983-7111 x8416**

Email Address: **thackworth@berriencounty.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

## CERTIFICATE OF SERVICE

I certify that on February 15, 2024, a copy of this Appearance of Counsel was sent to Appellant by regular United States mail, postage prepaid, addressed as follows:

Owen W. Barnaby
P.O. Box 1926
Kennesaw, GA 30156

                                                    /s/
                                        Thaddeus J. Hackworth
                                        Berrien County Corporate Counsel