UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-1086**

Case Title: **Owen Barnaby** vs. **MI, et al**

List all clients you represent in this appeal:

**State of Michigan; Gov. Gretchen Whitmer; Former Governor Jennifer M. Granholm; Former Governor Rick Snyder; Kendell Asbenson, Assist. Attorney General; Attorney General Dana Nessel; Judge Bridget McCormack; Michigan Supreme Court; Judge Elizabeth Gleicher; Judge Christopher Murray; Michigan Court of Appeals; and Judge Elizabeth Clement**

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☑ Appellee   ☐ Respondent  ☐ Intervenor         (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kimberly K. Pendrick**   Signature: s/ **Kimberly K. Pendrick**

Firm Name: **Michigan Department of Attorney General**

Business Address: **3030 W. Grand Blvd, 10th Floor**

City/State/Zip: **Detroit MI 48202**

Telephone Number (Area Code): **(313) 456-0067**

Email Address: **pendrickk@michigan.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---