UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **24-1086**

Case Title: **Owen Barnaby** vs. **MI, et al.**

List all clients you represent in this appeal:

> **The City of Benton Harbor**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Thomas J. Rheaume, Jr.**   Signature: s/ **Thomas J. Rheaume, Jr.**

Firm Name: **Bodman PLC**

Business Address: **Sixth Floor at Ford Field, 1901 St. Antoine St.**

City/State/Zip: **Detroit, MI 48226**

Telephone Number (Area Code): **(313) 392-1074**

Email Address: **trheaume@bodmanlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---