UNITED STATES COURT Of APPEALS
FOR THE SIXTH CIRCUIT
CINCINATI, OHIO

## CASE NO. 24-1086

Related Case: No. 23-1134

RECEIVED
02/16/2024
KELLY L. STEPHENS, Clerk

Owen W. Barnaby,

Plaintiff- Appellant

Vs.

Michigan State Government et al

Defendants- Appellees

On Appeal from the United States District Court, From the Western District of Michigan, the Honorable Robert J. Jonker; No. 1:22 -CV- 1146

### MOTION TO SECOND AMENDED PLAINTIFF-APPELLANT'S EMERGENCY INTERLOCUTORY BRIEF

PLAINTIFF-APPELLANT
Owen Barnaby, In Pro Se
PO Box 1926
Kennesaw, GA 30156

1

# MOTION FOR SECOND AMENDED APPELLANT'S EMERGENCY INTERLOCUTORY BRIEF

Plaintiff, In Pro Se, Owen W. Barnaby, with his request to, 'Motion Second Amend Emergency Interlocutory Brief. On February 13, 2024, Appellant filed his Emergency Interlocutory Brief with the Clerk of this Sixth Circuit Appellate Court and service it upon the Defendants.

However, in light of his MOTION, FOR PETITION FOR PERMISSION TO APPEAL THE DISTRICT COURT'S ORDERS (ECF Nos. 91, 127, 131), that this Honorable Sixth Circuit Appellate Court has Jurisdiction pursuant to 28 U.S.C. § 1291; 28 U.S. § 1292:(a), (c), (d), (e) and 28 U.S. § 2072: (a), (b), (c) and or per FRAP 5 (a) (1) (2), to hear this Appeal, the second amendment was necessary.

For the reasons articulated therein this Motion, Appellant requests his Motion to be Granted.

Respectfully Submitted,

Owen W. Barnaby, In Pro Se

Dated February 16, 2024

## CERTIFICATE OF SERVICE

The undersigned states that on the 16th day of February 2024, a duplicate original of Plaintiff's, ''Motion to Amend Emergency Interlocutory Brief'', was filed with the Clerk of the Court, using, In Pro Se email/ ECF System, which will provide electric notice to the parties of record, and I have email and or mailed by U.S. Postal Service the same to non-ECP participants Defendants, listed above.

Respectfully Submitted,

Owen W. Barnaby, In Pro Se

Dated February 16, 2024