**NOT RECOMMENDED FOR PUBLICATION**

No. 24-1086

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 22, 2024
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| OWEN W. BARNABY, | ) |
| | ) |
|    Plaintiff-Appellant, | ) |
| | ) |
| v. | ) ON APPEAL FROM THE UNITED |
| | ) STATES DISTRICT COURT FOR |
| STATE OF MICHIGAN, et al., | ) THE WESTERN DISTRICT OF |
| | ) MICHIGAN |
|    Defendants-Appellees. | ) |
| | ) |
| | ) |

O R D E R

Before: MOORE, STRANCH, and BUSH, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

Owen W. Barnaby filed a civil action challenging foreclosures on his properties. He also filed several motions for entries of default judgment against the defendants. On February 1, 2024, the district court denied Barnaby's request for entries of default. Barnaby has filed a notice of appeal. In this court, he has filed a motion for a stay of the district court's orders pending appeal. Defendant Berrien County, Michigan, has filed a response and cross-motion to dismiss the appeal for lack of jurisdiction.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory orders and collateral orders, 28 U.S.C. § 1292. *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46 (1949); *see also Anderson v. Roberson*, 249 F.3d 539, 542–43 (6th Cir. 2001). An order is final and appealable when it "ends the litigation on the merits and leaves

nothing for the court to do but execute the judgment." *JPMorgan Chase Bank, N.A. v. Winget*, 920 F.3d 1103, 1105 (6th Cir. 2019) (quoting *Gnesys, Inc. v. Greene*, 437 F.3d 482, 485 (6th Cir. 2005)).

An order denying a motion for default judgment is not a final judgment because it does not end the litigation. Nor is an order denying a motion for default judgment immediately appealable. *McNutt v. Cardox Corp.*, 329 F.2d 107, 108 (6th Cir. 1964) (per curiam). Accordingly, this court lacks jurisdiction over this appeal.

The motion by Berrien County is therefore **GRANTED** and the appeal is **DISMISSED**. Barnaby's pending motion for a stay is **DENIED** as moot.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk