UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Feb 22, 2024
KELLY L. STEPHENS, Clerk

No. 24-1086

OWEN W. BARNABY,

    Plaintiff-Appellant,

v.

STATE OF MICHIGAN, et al.,

    Defendants-Appellees.

Before: MOORE, STRANCH, and BUSH, Circuit Judges.

## JUDGMENT

THIS MATTER came before the court upon consideration of appellate jurisdiction.

IN CONSIDERATION THEREOF, it is ORDERED that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk